# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN BURNIKEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:15-CV-00050-JAJ-HCA |
| | ) | |
| MICHAEL FONG, GREG WESSELS and | ) | |
| CITY OF DES MOINES, IOWA | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

COMES NOW Stephen M. Ryals, co-counsel for Plaintiff Dustin Burnikel, who moves to withdraw as counsel for Dustin Burnikel. In support, counsel states:

1. I have accepted a position with the United States Department of Justice, Civil Rights Division, in Washington, D.C. and therefore I am leaving private practice.

2. My last day of private practice shall be February 4, 2016 and my first day of employment with the Department of Justice shall be February 8, 2016.

3. I have informed Mr. Burnikel, in person, that I will be moving to withdraw.

4. I will forward to Mr. Burnikel, a copy of this Motion upon receiving the file stamped version via the CM/ECF system.

5. Co-counsel Justin Swaim will continue to represent Mr. Burnikel.

6. Upon information and belief, Mr. Swaim and Mr. Burnikel are in the process of securing substitute co-counsel and I have assisted them in that endeavor.

7. This cause is set for trial on October 24, 2016. I am not aware of any pending motions.

WHEREFORE, Stephen M. Ryals prays for leave to withdraw and respectfully requests an expedited ruling, on or before February 5, 2016.

Respectfully submitted,

*/s/ Stephen M. Ryals*
Stephen M. Ryals     MO34149
THE RYALS LAW FIRM, P.C.
P.O. Box 11065
Ferguson, MO  63135
Phone:  314.862.6262
Email:  ryals@rblawstl.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date this pleading was filed, a true and correct copy was served on all parties of record via the Court's CM/ECF system. I further certify that a copy of this Motion bearing the file stamp of the CM/ECF system shall be forwarded to Mr. Burnikel.

*/s/ Stephen M. Ryals*