IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **DUSTIN BURNIKEL,** | |
| **Plaintiff,** | No.  4:15cv00050JAJHCA |
| vs. | MOTION FOR ADMISSION PRO HAC VICE |
| **MICHAEL FONG et al,** | |
| **Defendants.** | |

James R. Wyrsch, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Dustin Burnikel.  Wyrsch states that he is a member in good standing of the bar of the state of Missouri, the District of Columbia, the Eighth Circuit Court of Appeals, and the United States District Courts for the Eastern District of Missouri and Central and Southern Districts of Illinois, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Wyrsch further states he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Justin Swaim, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

Respectfully submitted,

KHAZAELI WYRSCH STOCK LLC


By: /s/ James R. Wyrsch
James R. Wyrsch, Mo Bar # 53197
911 Washington Ave, Ste 211
St. Louis, MO. 63101
314-288-0777
314-400-7701
james.wyrsch@kwslawfirm.com


**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 26, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with the understanding that a true copy of the foregoing would be electronically sent to/served on all counsel of record via the CM/ECF system that same date.

/s/ Justin K. Swaim