IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| DUSTIN BURNIKEL, | ) |
| Plaintiff, | ) |
| | ) Case No. 4:15-cv-00050 |
| v. | ) |
| MICHAEL FONG, individually and in his official capacity as a law enforcement officer with the Des Moines Police Department; GREG WESSELS, individually and in his official capacity as a law enforcement officer with the Des Moines Police Department; and CITY OF DES MOINES, IOWA, | ) **PLAINTIFF'S MOTION FOR TELEPHONIC HEARING APRIL 22, 2016 at 9:00 AM** |
| Defendants. | ) |

Plaintiff and undersigned counsel requests that this Honorable Court waive Plaintiff's counsel's presence at the upcoming and future status conferences. In support of this request, the Plaintiff states as follows:

1. Plaintiff's counsel is located in St. Louis, Missouri.

2. Plaintiff's counsel will be available telephonically to participate in the hearing on April 22, 2016 at 9:00 a.m.

3. The telephone number for Respondent's attorney for the telephone conference is 314-288-0767.

1

Respectfully submitted,

By: /s/ James R. Wyrsch
    Javad M. Khazaeli, *Pro Hac Vice*
    James R. Wyrsch, *Pro Hac Vice*
    911 Washington Avenue, Suite 211
    St. Louis, Missouri 63101
    Telephone: (314) 288-0777
    Email: javad.khazaeli@kwslawfirm.com
    Email: james.wyrsch@kwslawfirm.com

Justin K. Swaim    AT0007788
Swaim Law Firm, P.L.L.C.
701 13th Street, Suite 2
West Des Moines, IA 50265
Telephone: (641) 777-5120
Facsimile: (515) 777-1127
E-mail: justin@swaimlawfirm.com

ATTORNEYS FOR PLAINTIFF

To:

John O. Haraldson
Assistant City Attorney
City of Des Moines
400 Robert D. Ray Drive
Des Moines, IA 50309-1891
ATTORNEY FOR CITY OF DES MOINES

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties via this Court's electronic filing system to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on this 14th day of April, 2016.

By: ☐ U.S. Mail    ☐ Fax
    ☐ Hand Delivered    ☐ UPS
    ☐ Federal Express    ☒ email

Signature: /s/ James R. Wyrsch