# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

### NOTICE OF APPEAL

Dustin Burnikel * No. 4:15-cv-00050-JAJ
Plaintiff * District Court Docket Number

Michael Fong, Greg Wessels, and City of Des Moines, Iowa, * Jarvey
Defendant * District Court Judge

Notice is hereby given that **Defendants Fong and Wessels** appeals to the United States Court of Appeals for the Eighth Circuit from the ☐ Judgment ☑ Order entered in this action on October 12, 2016.

_____  400 Robert Ray Drive
Signature of Appellant/Cnsl  Street Address

10-12-2016              Des Moines, Iowa 50309
Date                    City          State    Zip

John O. Haraldson       515-283-4072
Typed/printed Name      Telephone Number

**Transcript Order Form:** (To be completed by attorney for appellant)

Please prepare a transcript of: _____
(Specify)

I am not ordering a transcript because: **There was no hearing on motions**
(Specify)

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the US District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b))

Attorney's Signature _____  Date: 10-12-2016

**NOTE: COMPLETE APPROPRIATE APPEAL SUPPLEMENT FORM**