UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA
OFFICE OF THE CLERK
P. O. BOX 9344
DES MOINES, IA. 50306-9344
515-284-6248

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

Case Name: Burnikel vs. Fong, Wessels, City of Des Moines

District Court Case # 4 : 15 - cv - 00050

Appeal Fee ($505.00) Status Pd ☑  IFP ☐  Pending ☐  Govt. Appeal ☐

Counsel Appointed ☐  CJA ☐  Retained ☑  Pro Se ☐

Appeal filed by Counsel ☑ Pro Se ☐

Any reason why counsel should not be appointed _____

Pending post Judgment motions: Yes ☐ No ☑

Type of Motion(s) Interlocutory Appeal of §1983 Denial of Qualified Immunity

High Public Interest Case Yes ☑ No ☐

Simultaneous Opinion Release Requested Yes ☑ No ☐

Trial Held Yes ☐ No ☑

Jury Trial Held Yes ☐ No ☑

Court Reporter Yes ☐ No ☑  Length of Trial _____

Reporter's Name _____

Address _____

_____

Phone _____

Transcript Ordered Yes ☐ No ☑

**Appealing:** Order prior to final judgment ☑  Final Judgment ☐