# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3930

Dustin Burnikel

Appellee

v.

Michael Fong, individually and in his official capacity as a law enforcement officer with the Des Moines Police Department and Greg Wessels, individually and in his official capacity as a law enforcement officer with the Des Moines Police Department

Appellants

City of Des Moines, Iowa

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:15-cv-00050-JAJ)
_____

**MANDATE**

In accordance with the opinion and judgment of 04/02/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 25, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit