IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DUSTIN BURNIKEL, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL FONG, GREG WESSELS and CITY OF DES MOINES, IOWA, <br><br> Defendants. | No. 4:15-cv-0050-JAJ-HCA <br><br><br> **ORDER** |

This matter comes before the court pursuant to motions in limine filed in this matter in September 2016. The motions were never resisted, perhaps because of the pendency of an interlocutory appeal. Because resistances have not been filed, the matters are not capable of resolution at this time. However, the court will address all of these matters at the final pretrial conference.

Upon the foregoing,

**IT IS ORDERED** that defendants' Motion in Limine [Dkt. 83] and plaintiff's Motion in Limine [Dkt. 84] are denied without prejudice to renewal at the final pretrial conference.

**DATED** this 28th day of September, 2018.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA