## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger

Case No. 4:15-cv-00050-RGE-HCA  :  Clerk's Court Minutes – Final Pretrial Conference

| Plaintiff(s) | Defendant(s) |
|---|---|
| Dustin Burnikel | Michael Fong; Greg Wessels, City of Des Moines, Iowa |

Plaintiff(s) Counsel: Justin K. Swaim, James Wyrsch, Javad Khazaeli

Defendant(s) Counsel: John O. Haraldson

Court Reporter: Terri Martin  :  Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Plaintiff's Motion in Limine, ECF No. 117 | Ruling Reserved |
| Motion to Exclude Expert Testimony, ECF No. 118 | Ruling Reserved |
| Defendants' Motion in Limine, ECF No. 119 | Ruling Reserved |

Proceedings:

At 9:06 a.m., parties appear. At 9:10 a.m., Court addresses trial scheduling matters. At 9:16 a.m., Court addresses Plaintiff's Motion to Exclude Expert Testimony, ECF No. 118. Parties argue as to the motion. Court reserves ruling on ECF No.118. At 9:30 a.m., Court addresses Motions in Limine, ECF Nos. 117, 119. Parties argue as to their motions. Court reserves ruling on Motions in Limine. At 10:28 a.m., Court addresses exhibits. At 10:50 a.m., Court addresses jury instructions. At 11:04 a.m., Court adjourns.

Time Start: 9:06 am
Time End: 11:04 am
Date: October 29, 2018

/s/ Helen Marie S. Berg
Deputy Clerk