IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| DUSTIN BURNIKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:15-cv-00050 |
| v. | ) |
| | ) |
| MICHAEL FONG, individually and in his official capacity as a law enforcement officer with the Des Moines Police Department; GREG WESSELS, individually and in his official capacity as a law enforcement officer with the Des Moines Police Department; and CITY OF DES MOINES, IOWA, | ) PLAINTIFF'S WITNESS LIST |
| | ) |
| Defendants. | ) |

**WITNESSES**

Phase One: Witnesses that Plaintiff anticipates calling in Order during the course of the first phase of trial:

1. Derrick Burnikel

2. Breanna Hunemiller

3. Dustin Burnikel

4. Don Burnikel

5. Treyton Burnikel

6. Jeff Wilson

7. Dr. Eric Shelton, DDS (by deposition)

8. Dr. Jon Kammerer, MD

9. Greg Meyer, Expert Witness

10. All witnesses on Defendant's Witness List

11. Any necessary rebuttal or impeachment witnesses

Phase Two: Witnesses that may be called during this phase of trial:

1. Gregg Wessels

2. Michael Fong

3. Greg Meyer, Expert Witness

4. Joseph Leo

5. Anthony Knox

6. Ronald Kouski

7. Garth House

8. Paul Stout (by deposition)

9. Lawrence Davey

10. All witnesses on Defendant's Witness List

11. Any necessary rebuttal or impeachment witnesses

Respectfully submitted,

DUSTIN BURNIKEL, Plaintiff


KHAZAELI WYRSCH LLC

<u>By: *James R. Wyrsch*</u>
James R. Wyrsch
Javad M. Khazaeli
Kiara N. Drake
911 Washington Ave., Suite 211
St. Louis, MO 63101
Telephone: 314-288-0777
Facsimile: 314-400-7701
E-mail: james.wyrsch@kwlawstl.com
 javad.khazaeli@kwlawstl.com
 kiara.drake@kwlawstl.com
(*Admitted Pro Hac Vice*)

SWAIM LAW FIRM, P.L.L.C.

Justin K. Swaim     AT0007788
701 13th Street, Suite 2
West Des Moines, IA 50265
Telephone: 641-777-5120
Facsimile: 515-777-1127
E-mail: justin@swaimlawfirm.com

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 31, 2018, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system with the understanding that a true copy of the foregoing would be electronically sent to/served on all counsel of record via the CM/ECF system that same date.

                                              */s/ James. R Wyrsch*

Original Electronically Filed Via CM/ECF.

Copy Via CM/ECF to:

John O. Haraldson
Assistant City Attorney
City of Des Moines
400 Robert D. Ray Drive
Des Moines, IA  50309-1891

ATTORNEY FOR DEFENDANTS