**United States District Court for the Southern District of Iowa**

Presiding: Honorable Rebecca Goodgame Ebinger
Case No. 4:15-cv-00050 : Clerk's Court Minutes – Voir Dire

---

| Plaintiff(s) | Defendant(s) |
|---|---|
| DUSTIN BURNIKEL | MICHAEL FONG; GREG WESSELS; CITY OF DES MOINES |

---

Plaintiff(s) Counsel: Justin K. Swaim; James Wyrsch; Javad Khazaeli; Kiara Nayo Drake

Defendant(s) Counsel: John O. Haraldson

Court Reporter: Terri Martin : Interpreter: N/A

Motion(s) for Ruling:   Ruling   /   Ruling Reserved

Proceedings:

At 9:24 a.m., parties appear. Court introduces case to the jury pool. Court introduces the parties. At 9:28 a.m., jury pool is sworn in. Court explains trial procedures. At 9:37 a.m., Court conducts voir dire. Court excuses one juror for cause. At 9:45 a.m., the Court conducts a bench conference. At 9:47 a.m., Court resumes. At 10:07 a.m., Plaintiff conducts voir dire. At 10:43 a.m., Defense conducts voir dire. Strikes begin. At 11:32 a.m., Petit jurors are called. Jury is sworn. Court reads preliminary jury instructions. Court conducts conference outside of presence of jury. At 11:51 a.m. Court recesses.

Time Start: 9:24 am
Time End: 11:51 am
Date: November 13, 2018

/s/ Helen Marie S. Berg
Deputy Clerk