IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

DUSTIN BURNIKEL,

    Plaintiff,

v.

MICHAEL FONG, individually and in his official capacity as a law enforcement officer with the Des Moines Police Department; GREG WESSELS, individually and in his official capacity as a law enforcement officer with the Des Moines Police Department; and CITY OF DES MOINES, IOWA,

    Defendants.

4:15-cv-00050-RGE-HCA

VOIR DIRE CHALLENGE SHEET

| # | NAME | TOWN | ACTION |
|---|---|---|---|
| 1. | ~~BEELER, Deborah Sue~~ | ~~Roland~~ | Plaintiff #2 |
| 2. | ~~FASANO, Frank Joseph~~ | ~~Adel~~ | Plaintiff #1 |
| 3. | ~~PARKER, James Francis~~ | ~~Norwalk~~ | Defendant #1 |
| 4. | GRACEY, Peggy Ann | Des Moines | |
| 5. | LENTELL, Thomas David | Waukee | |
| 6. | PRUEGER, Christen Joan | Ames | |
| 7. | CARICO, Michael Wayne | Altoona | |
| 8. | ~~DEGEORGE, Tatyana~~ | ~~Brooklyn~~ | Defendant #4 |
| 9. | CHICOINE, Mary Shannon | St. Charles | |

1

|     | NAME | TOWN | ACTION |
|-----|------|------|--------|
| 10. | LYONS, Derek Michael | Altoona | |
| 11. | ~~POLITO, Amanda May~~ | Des Moines | Defendant #3 |
| 12. | MEYER, Alex | Grimes | |
| 13. | ~~BURKET, Kacey Jo~~ | ~~Ankeny~~ | Defendant #2 |
| 14. | ~~PASTWA, David Joseph~~ | ~~Grimes~~ | ~~Defendant~~ Plaintiff #3 |
| 15. | THOMAS, James Allen | Pella | |
| 16. | NORMAN, Dana Nicole | Union | |
| 17. | CLOYED, Chad Michael | Blakesburg | |
| 18. | ~~MACKENDRICK, Kristin C.~~ | ~~Runnells~~ | Plaintiff #4 |
| 19. | CHRISTENSEN, Dawn Rebecca | Grimes | |
| 20. | ZELLWEGER, Quinton Alan | Creston | |